THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>        Plaintiff,<br>v.<br><br>VIRGINIA HUFFMAN LIPARI, DENNIS W. CROMARTY, KATHRYN BARILE, NANETTE C. MERZON, BETSY HUFFMAN THOMASON, ELIZABETH C. HUFFMAN THOMASON, STEVEN R. LIPARI, SUZANNE H. CHARLTON, ANNE S. AVIS, BETSY HUFFMAN GRIFFIN,<br><br>        Defendants.<br>_____/ | Case No.  1:05-CV-1261-REC-LJO<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL OF THE DEFENDANTS WHO HAVE NOT ANSWERED; ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily

dismisses Steven Lipari, Katheryn Barile, Betsy Huffman Thomason and Elizabeth C. Huffman

Thomason from the above-captioned action without prejudice.

Betsy Huffman Thomason and Elizabeth C. Huffman Thomason are merely alternate

names for defendant, Betsy Huffman Griffen, who is not being hereby dismissed.

    This Action continues against the defendants who have not hereby been dismissed.

Date:  February 10, 2006


       ___S/Thomas N. Stewart, III_____
       By: THOMAS N. STEWART, III
       Attorney for Plaintiff

IT IS SO ORDERED


Date: February 10, 2005

    _____/s/ ROBERT E. COYLE_____
        U.S. DISTRICT JUDGE