IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>           Plaintiff,<br><br>   vs.<br><br>VIRGINIA HUFFMAN LIPARI, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 05-1261 REC LJO<br><br>**ORDER TO SET STATUS/SCHEDULING CONFERENCE**<br><br>Date: April 13, 2006<br>Time: 8:45 a.m.<br>Dept.: 8 (LJO) |

      This Court conducted a February 15, 2006 status conference. Plaintiff William Tranquilli appeared by counsel Thomas N. Stewart III. Defendants appeared by counsel Peter Bradley, Penner, Bradley & Buettner. At the status conference, counsel agreed to explore settlement. As such, this Court SETS a status/scheduling conference for April 13, 2006 at 8:45 a.m. in Department 8 (LJO). Counsel are encouraged to appear at the April 13, 2006 conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680. At the April 13, 2006 conference, counsel shall be prepared to discuss settlement progress and/or select discovery, motion and trial dates, depending on settlement progress. No later than April 6, 2006, counsel shall file a joint report on settlement progress and the status of this action.

      IT IS SO ORDERED.

**Dated:   February 15, 2006**              /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE